UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

| | |
|---|---|
| MADISON ROW MARKETING, INC., <br><br> Plaintiffs, <br><br> v. <br><br> BEEHIIV INC., a New York corporation; DAN KRENITSYN, <br><br> Defendants. | Civil Action No. 1:25-cv-26130-JB |
| MIAMI LEGAL RESOURCES, LLC AND ROSSDALE CLE, INC., <br><br> Plaintiffs, <br><br> v. <br><br> BEEHIIV INC., a New York corporation; DAN KRENITSYN, <br><br> Defendants. _____/ | Civil Action No. 1:26-cv-20111-JB |

## BEEHIIV'S NOTICE ON CONSOLIDATION

On January 15, 2026, the Court issued Orders in No. 25-cv-26130-JB (ECF 4) and No. 26-cv-20111-JB (ECF 6) directing the parties to file a joint notice on consolidation. Defendant beehiiv Inc. ("beehiiv") states that it does not request consolidation at this time.

beehiiv was unable to file a joint notice because although counsel for the three Plaintiffs ("Plaintiffs' counsel") and beehiiv were in the process of meeting and conferring via telephone about the joint notice, Plaintiffs' counsel then filed their Motion to Consolidate in both matters and thereafter were not reachable by phone.

Dated: January 22, 2026              By: */s/ Nury Siekkinen*
                                     Nury Siekkinen (Florida Bar No. 1015937)
                                     Email: nury@zwillgen.com

**ZWILLGEN PLLC**
1900 M Street NW, Suite 250
Washington, DC 20036
Telephone: (202) 296-3585
Facsimile:  (202) 706-5298

*Attorney for Defendant*
*beehiiv Inc.*

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that a true and correct copy of the foregoing was filed with the Clerk of Court using the CM/ECF system on January 22, 2026, and the foregoing document is being served this day on all counsel or parties of record on the Service List below, via transmission of Notice of Electronic Filing generated by CM/ECF.

                                            */s/ Nury Siekkinen*
                                            Nury Siekkinen

## SERVICE LIST

Jordan A. Dresnick (SBN 058529)
Law Offices of Jordan A. Dresnick
901 Brickell Key Blvd.
Miami, FL 33131
Tel: 786-220-8785
Email: JordanDresnick@gmail.com

Amado Alan Alvarez (SBN 746398)
THE ALVAREZ & FRIGER TRIAL LAW FIRM
66 West Flagler Street, 12th Floor
Miami, Florida 33130
Tel. 305-258-2739
Fax: 1-844-252-6329
Email: Alan@AlvarezFrigerTLF.com

*Attorney for Plaintiffs*