**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

CASE NUMBER: 1:25-cv-26130-JB

Madison Row Marketing, Inc.,

     Plaintiff,

v.

beehiiv, Inc. and Dan Krenitsyn,

     Defendants.

CASE NUMBER: 1:26-cv-20111-JB

Miami Legal Resources, LLC and
Rossdale CLE, Inc.,

     Plaintiffs,

v.

beehiiv, Inc. and Dan Krenitsyn,

Defendants.

_____

**PLAINTIFFS' JOINT MOTION FOR ENLARGEMENT OF TIME TO FILE**
**MOTION(S) FOR REMAND**

    Plaintiffs Madison Row Marketing, Inc., Miami Legal Resources, LLC, and Rossdale CLE, Inc. in the above referenced, two related cases, by and through the undersigned counsel, hereby respectfully move this Honorable Court, pursuant to Fed. R. Civ. P. 6(b)(1)(A) for an enlargement of time to file Motion(s) for Remand.  In support thereof, Plaintiffs state as follows:

1.   Plaintiff seeks an enlargement of time to file its Motion(s) for Remand for the following reasons:

     a.  One of the undersigned counsel (Amado Alan Alvarez) lost an uncle within the

past few days, following a stay in intensive care and hospice.

b.  A second of the undersigned counsel (Jordan A. Dresnick) recently had an accident, which has been interfering with work abilities.

c.  The third undersigned counsel (Kenneth B. Schurr) was retained in this matter in the last three days.

d.  Finally, it would accommodate the ends of justice for the parties to file their Motion(s) for Remand after the Court rules on the pending Motion for Consolidation (ECF 7 in both cases).

2.  On January 15, 2026, this Court entered an Order directing the parties to file a Joint Notice on Consolidation by January 22, 2026 (ECF 6 in Case No. 1:26-cv-20111-JB).

3.  Plaintiffs submitted its Motion for Consolidation on January 22, 2026, (ECF 7 in both cases) because the Plaintiffs and Defendants in both matters readily admit that there is clear overlap of the identically same issues, facts, evidence, witnesses, parties, counsel, claims, and defenses in the two matters.

4.  Plaintiffs plan to submit Motions for Remand in both matters because (1) all of the parties readily admit that is no jurisdiction for this Court under 28 U.S. Code § 1332 given the lack of diversity between the parties; and (2) there is no federal question in the Florida state causes of action in the two state court complaints removed to this Court.

5.  Pursuant to 28 U.S. Code § 1447, a party contesting removal shall have 30 days to file a Motion for Remand after removal, although no such time limit exists to challenge jurisdiction.

6.  The first matter (Case No. 1:25-cv-26130-JB) was removed on December 29, 2025.  The second matter (Case No. 1:26-cv-20111-JB) was removed on January 16, 2026.

2

Therefore, the first Motion for Remand (Case No. 1:25-cv-26130-JB) is due by January 28, 2026.

7. Plaintiffs' Motion(s) for Remand and arguments therein will be affected by whether the Court grants Plaintiffs' Motion for Consolidation (ECF 7 in both cases).

8. Therefore, Plaintiffs respectfully request that this Court enter the attached, proposed order providing Plaintiffs ten (10) days to file their Motion for Remand following the Entry of the Court's Order on Plaintiffs' pending Motion for Consolidation.   The proposed order is attached hereto as **Exhibit A**.

9. This brief enlargement of time will not unduly prejudice Defendants, and in fact, Defendants likely also will fashion their Opposition(s) to Remand, if one is/are filed at all, based on the Court's Order on the pending Motion for Consolidation.

10. None of the Plaintiffs in either matter have requested a continuance previously in this Court or in the state court prior to removal.

11. All three Plaintiffs in both cases consent to the continuance sought here.

12. This Motion is filed at the earliest opportunity, as the Motion for Consolidation was only filed yesterday afternoon.

13. The undersigned counsel have both communicated telephonically in several lengthy conversations and in writing with Defendants' counsel in both matters. Defendants in both cases are represented by the same counsel; Plaintiffs in both cases are also represented by the same counsel.  Counsel for Defendants have advised that their client does not object to a one-week extension.  The parties do not appear to be in agreement as to the sequence of the Court's Order on Consolidation coming before Plaintiffs are able to file their Motion for Remand.  The undersigned have further inquired of

Defendants' counsel on this point and have not yet heard back.

## <u>CONCLUSION</u>

Plaintiffs Madison Row Marketing, Inc., Miami Legal Resources, LLC, and Rossdale CLE Madison Row Marketing respectfully requests that the Court grant this Motion for Enlargement of Time to file its Motion for Remand.

Respectfully submitted,

By: /s/ <u>Amado Alan Alvarez</u>
AMADO ALAN ALVAREZ
Florida Bar No. 746398
BOARD CERTIFIED CIVIL TRIAL
LAWYER
THE ALVAREZ & FRIGER TRIAL
LAW FIRM
The Concorde Office Tower
66 West Flagler Street, 12th Floor
Miami, Florida 33130
Tel. (305) ALVAREZ [258-2739]
Fax: 1 (844) ALANFAX [252-6329]
Email: Alan@AlvarezFrigerTLF.com

/s/ <u>Kenneth B. Schurr</u>
Kenneth B. Schurr, Esq.
2030 S. Douglas Road
Suite 105
Coral Gables, FL 33134
Tel.: 305-441-9031
Designated Service E-mail:
kbsservice@schurrlaw.com
counselken@schurrlaw.com

Law Offices of Jordan A. Dresnick
901 Brickell Key Blvd.
Miami, FL 33131
Tel.: 786-220-8785

By: /s/ Jordan A. Dresnick
Jordan A. Dresnick
Florida Bar No. 058529
E-mail: JordanDresnick@gmail.com

4

Dated: Jan. 23, 2026

## <u>CERTIFICATE OF SERVICE</u>

   I HEREBY CERTIFY that a true and correct copy of the foregoing was filed with the Clerk of Court using the CM/ECF system on January 23, 2026, and the foregoing document is being served this day on all counsel or parties of record on the Service List below, via transmission of Notice of Electronic Filing generated by CM/ECF.

         By: /s/ <u>Kenneth B. Schurr</u>
         Kenneth B. Schurr
         Florida Bar No. 876100

**<u>Service List</u>**

Nury Siekkinen
nury@zwillgen.com
Zwillgen PLLC
1900 M Street, NW Suite 250
Washington, DC 20036
Tel.: 202-296-3585
Counsel for Defendants beehiiv, Inc. and Dan Krenitsyn

Kelsey Harclerode
kelsey@zwillgen.com
Zwillgen PLLC
1900 M Street, NW Suite 250
Washington, DC 20036
Tel.: 202-296-3585
Counsel for Defendants beehiiv, Inc. and Dan Krenitsyn

## <u>CERTIFICATE OF GOOD FAITH CONFERENCE; CONFERRED BUT UNABLE TO RESOLVE ISSUES PRESENTED IN THE MOTION</u>

Pursuant to Local Rule 7.1(a)(3)(A), I hereby certify that counsel for the movant has conferred with all parties or non-parties who may be affected by the relief sought in this motion in a good faith effort to resolve the issues but has been unable to resolve all the issues.

By: /s/ <u>Jordan A. Dresnick</u>
Jordan A. Dresnick
Florida Bar No. 058529

**<u>EXHIBIT A</u>**

**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

CASE NUMBER: 1:25-cv-26130-JB

Madison Row Marketing, Inc.,

     Plaintiff,

v.

beehiiv, Inc. and Dan Krenitsyn,

     Defendants.

CASE NUMBER: 1:26-cv-20111-JB

Miami Legal Resources, LLC and
Rossdale CLE, Inc.,

     Plaintiffs,

v.

beehiiv, Inc. and Dan Krenitsyn,

Defendants.
_____

**ORDER GRANTING PLAINTIFFS' JOINT MOTION FOR ENLARGEMENT OF**
**TIME TO FILE MOTION(S) FOR REMAND**

THIS CAUSE came before the Court upon the Plaintiffs' Joint Motion for Enlargement of Time to File Motions for Remand [ECF No. 9 in both matters]. The Court has reviewed the issues at hand and is otherwise fully advised in the premises.

After careful consideration, the Court finds that the ends of justice will be served by an enlargement of time for the Plaintiffs to file their Motion(s) for Remand until *after* this Court rules on the pending Plaintiffs' Motion for Consolidation [ECF 7 in both matters].. Therefore, it is ORDERED AND ADJUDGED that Plaintiffs' Joint Motion for Enlargement of Time to file

9

Motion(s) for Remand in **GRANTED**.

Plaintiffs shall file their Motion(s) for Remand within _____ (_____) days of this Court's entry of an Order on the pending Plaintiffs' Motion for Consolidation. circumstances.

**DONE AND ORDERED** at Chambers in Miami, Florida, this ____nd day of _____, 2026.


_____
Jacqueline Becerra
United States District Judge