## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION

MADISON ROW MARKETING, INC.,

    Plaintiffs,

v.

BEEHIIV INC., a New York corporation; DAN KRENITSYN,

    Defendants.

**Civil Action No. 1:25-cv-26130-JB**

MIAMI LEGAL RESOURCES, LLC AND ROSSDALE CLE, INC.,

    Plaintiffs,

v.

BEEHIIV INC., a New York corporation; DAN KRENITSYN,

    Defendants.

**Civil Action No. 1:26-cv-20111-JB**

_____/

## HARCLERODE DECLARATION IN SUPPORT OF BEEHIIV INC'S OPPOSITION TO PLAINTIFFS' MOTION TO STAY THEIR MOTION TO REMAND DEADLINES

I, Kelsey Harclerode, declare as follows pursuant to 28 U.S.C § 1746:

1. I am an attorney at the law firm of ZwillGen Law PLLC, a member of the Bar of the State of Florida, and counsel to Defendant beehiiv Inc. in the above-captioned actions. I make this declaration based on my own personal knowledge. If called upon to testify, I could and would testify competently to the truth of the matters stated herein.

2. I participated in two telephonic meet-and-confer discussions with Plaintiffs' counsel, Jordan A. Dresnick, on January 21, 2026 and January 22, 2026.

3. The January 21 conference was an approximately eight-minute telephone call limited to a discussion of the Court's January 15, 2026 Orders requesting a joint notice about consolidation.

4. The January 22 conference was an approximately twenty-eight-minute telephone call during which Plaintiffs' counsel raised the following topics: (a) the Court's January 15, 2026 Orders regarding consolidation; (b) Plaintiffs' intent to file motions to consolidate; (c) Plaintiffs' intent to file motions to remand; and (d) Plaintiffs' request for a 5-10 day extension of the deadlines to file their motions to remand.

5. During the January 22 conference, Plaintiffs' counsel stated that Plaintiffs intended to file motions to remand on the ground that Mr. Krenitsyn was not fraudulently joined and that, as a result, diversity jurisdiction does not exist. I advised Plaintiffs' counsel that beehiiv disagreed with Plaintiffs' position. Plaintiffs' counsel further stated that they were seeking an extension of the remand motion deadlines due to personal circumstances and the addition of new co-counsel. I informed Plaintiff's counsel that I would convey their request to beehiiv and respond with beehiiv's position later that day or the following day. Plaintiffs' counsel did not raise the issue of staying their remand motion deadlines until after the Court resolves consolidation.

6. Plaintiffs' counsel and I continued to confer over email through January 23.

7. Attached as **Exhibit A** is a true and correct copy of email communications transmitted between myself and Plaintiffs' counsel from January 20 through January 23, 2026. I declare under penalty of perjury that the foregoing is true and correct.

Executed this 26 day of January 2026 in Gainesville, Florida.

/s/ *Kelsey Harclerode*
Kelsey Harclerode (SBN 1048280)
Email: kelsey@zwillgen.com

**ZWILLGEN PLLC**
1900 M Street NW, Suite 250
Washington, DC 20036
Telephone: (202) 296-3585
Facsimile:  (202) 706-5298

*Attorney for Defendant*
*beehiiv Inc.*