# Exhibit A

**Subject:** Re: Madison Row Marketing, Inc. v. beehiiv Inc. et al
**Date:** Friday, January 23, 2026 at 4:29:20 PM Eastern Standard Time
**From:** Jordan Dresnick
**To:** Kelsey Harclerode
**CC:** Ken Schurr, Nury Siekkinen, Alan Alvarez, Krystle Cardenas, Service Mailbox
**Attachments:** image001[95].png, image001[68].png, img-dcc3a20e-77c9-4bd6-af14-300b2007bc6e

---

**External Sender** - From: (Jordan Dresnick <jordandresnick@gmail.com>)
This message came from outside your organization.

[Learn More]

---

Hi Kelsey,

I appreciate your condolences. When we spoke, I mentioned that I needed to leave shortly for a funeral so perhaps you did not hear that part. In any event, we certainly have had several lengthy meet-and-confers, which is helpful.

We are still not sure of your position on the enlargement of time. On the one hand, you mentioned agreeing to a one-week enlargement, but then you mentioned the Court ruling on the remand first. Please review our earlier email so you can inquire of your client and advise of our request.

Also, although unrelated to this inquiry, we would be remiss if we did not clarify our agreement to an extension to you last year. In my almost two decades of practice, I cannot recall ever not agreeing to an opposing counsel's good-faith request for a continuance. You mentioned being out for a family reason; Alan & I not only agreed to an extension of time for you, we even offered to waive the Pre-Trial Conference so that you need not travel to Miami in the height of the holiday travel period. The only request we made was for you to file a notice of appearance so that we could discuss the case with you.

Jordan

On Fri, Jan 23, 2026 at 3:27PM Kelsey Harclerode <kelsey@zwillgen.com> wrote:
> Hi Jordan,
>
> Thank you for your email, and my condolences on your loss. If you had made any mention of the funeral yesterday (when we spoke at 3:30 p.m. yesterday, you told me you would be available), we obviously would have tried to work around that in finalizing it.
>
> We respectfully disagree with your position on the sequencing of the Motions for Remand and Motions to Consolidate. Since Plaintiffs intend to challenge the Court's subject-matter jurisdiction via your Motions to Remand, the threshold question is

whether the Court has jurisdiction to adjudicate these actions—including the Motions to Consolidate, which you expressly made under the Federal Rules.  It would not be appropriate or efficient for the Court to consider consolidation before resolving the Motions for Remand.

In light of that, please advise by Tuesday, January 27, if Plaintiffs in both matters consent to staying beehiiv's deadline to respond to your Consolidation Motions until after the Court resolves your Motions for Remand.  If you prefer to continue this meet and confer process over phone, please send times for us to discuss on Monday or Tuesday.

As for your request for an extension on the Motions to Remand in the two matters in light of personal events, beehiiv is certainly willing to extend the professional courtesy of agreeing to a one-week extension.  Going forward, we would hope you will do the same (as you remember, we asked for a brief extension in late-November given both the death of my family member and the intervening Thanksgiving holiday, and you repeatedly declined).  Please prepare a draft request for our review.

Best,
Kelsey



**Kelsey Harclerode (she, her, hers)**
**Legal Director | ZwillGen PLLC**
1900 M Street NW Suite 250, Washington, DC 20036
**Office:** 202 296 3585
Website | Twitter | LinkedIn

---

**From:** Jordan Dresnick <jordandresnick@gmail.com>
**Date:** Friday, January 23, 2026 at 12:38 PM
**To:** Kelsey Harclerode <kelsey@zwillgen.com>
**Cc:** Ken Schurr <counselken@schurrlaw.com>, Nury Siekkinen <nury@zwillgen.com>, Alan Alvarez <alan@alvarezfrigertlf.com>, Krystle Cardenas <krystle@alvarezfrigertlf.com>, Service Mailbox <kbsservice@schurrlaw.com>
**Subject:** Re: Madison Row Marketing, Inc. v. beehiiv Inc. et al

> External Sender - From: (Jordan Dresnick <jordandresnick@gmail.com>)
> This message came from outside your organization.          Learn More

Hi Kelsey,
I was at a funeral service last night so I am sorry that I missed your call.  You and I were

able to speak yesterday for 30 minutes and did have a meaningful meet and confer - so that was quite helpful. As I mentioned, Plaintiff is seeking a short enlargement of time to file its Motion for Remand. This is for both cases. It would make more sense for Plaintiffs to file their Motion for Remand once the Court rules on consolidation. To the extent that you disagree, please let us know.

Regards,
Jordan

On Thu, Jan 22, 2026 at 10:38PM Kelsey Harclerode <kelsey@zwillgen.com> wrote:
> Hi Ken,
>
> Thank you for the response. As you may have seen, we filed the attached in the two cases out of an abundance caution since we were not able to reach Jordan or you by phone. If you have any questions, let me know. I hope to be able to get back to you tomorrow regarding Jordan's request for a 10-day extension for the remand motion.
>
> Best,
> Kelsey



**Kelsey Harclerode (she, her, hers)**
Legal Director | ZwillGen PLLC

1900 M Street NW Suite 250, Washington, DC 20036
**Office:** 202 296 3585
Website | Twitter | LinkedIn

**From:** Ken Schurr <counselken@schurrlaw.com>
**Date:** Thursday, January 22, 2026 at 9:08 PM
**To:** Kelsey Harclerode <kelsey@zwillgen.com>
**Cc:** Jordan Dresnick <jordandresnick@gmail.com>, Nury Siekkinen <nury@zwillgen.com>, Alan Alvarez <alan@alvarezfrigertlf.com>, Krystle Cardenas <krystle@alvarezfrigertlf.com>, Service Mailbox <kbsservice@schurrlaw.com>
**Subject:** Re: Madison Row Marketing, Inc. v. beehiiv Inc. et al

External Sender - From: (Ken Schurr <counselken@schurrlaw.com>)    Learn More
This message came from outside your organization.

I'm not aware of anyone trying to call me and your email was received by me at 8:06 PM tonight. If it was sent earlier then the delay was likely caused by the Microsoft outage.

Ken Schurr
Sent from my iPhone

> On Jan 22, 2026, at 8:06PM, Kelsey Harclerode <kelsey@zwillgen.com> wrote:
>
> Hi Jordan,
>
> I am reaching out again regarding the joint notice.  I've tried calling your offices twice but did not receive a response despite your prior explanation that you would be available.  I also attempted to call your newly added co-counsel (cc'd) and also received his voicemail.
>
> If we do not hear back from you or your co-counsel by 6:30pm, we will move forward with filing our own notice.  As discussed, given the Microsoft outage, we may not receive any external emails so please call me directly at 202-706-5225.
>
> Thank you,
> Kelsey
>
> <image001[32].png>
>
> **Kelsey Harclerode (she, her, hers)**
> **Legal Director | ZwillGen PLLC**
> 1900 M Street NW Suite 250, Washington, DC 20036
> **Office:** 202 296 3585
> Website | Twitter | LinkedIn
>
> ---
>
> **From:** Kelsey Harclerode <kelsey@zwillgen.com>
> **Date:** Thursday, January 22, 2026 at 4:37 PM
> **To:** Jordan Dresnick <jordandresnick@gmail.com>, Nury Siekkinen <nury@zwillgen.com>
> **Cc:** Alan Alvarez <alan@alvarezfrigertlf.com>, Krystle Cardenas <krystle@alvarezfrigertlf.com>
> **Subject:** Re: Madison Row Marketing, Inc. v. beehiiv Inc. et al
>
> Hi Jordan,
>
> Per our call, I've updated the joint notice.  I made one change after we

spoke to include the clarification that we are not requesting consolidation at this time.

I tried calling you to confirm we can file on your behalf using conformed signatures but I received a voicemail. I believe we're still have issues receiving external emails so please call me when you have the chance. I have a call at 5pm but I am available before then and after.

Thank you,
Kelsey

<image001[32].png>  **Kelsey Harclerode (she, her, hers)**
**Legal Director | ZwillGen PLLC**
1900 M Street NW Suite 250, Washington, DC 20036
**Office:** 202 296 3585
Website | Twitter | LinkedIn

---

**From:** Kelsey Harclerode <kelsey@zwillgen.com>
**Date:** Thursday, January 22, 2026 at 2:36 PM
**To:** Jordan Dresnick <jordandresnick@gmail.com>, Nury Siekkinen <nury@zwillgen.com>
**Cc:** Alan Alvarez <alan@alvarezfrigertlf.com>, Krystle Cardenas <krystle@alvarezfrigertlf.com>
**Subject:** Re: Madison Row Marketing, Inc. v. beehiiv Inc. et al

Hi Jordan,

I am following up on the below. I've attached a draft notice regarding consolidation that informs the Court that the parties are not presently requesting consolidation.

Can you please confirm whether we have authority to file the attached using your /s/ signature? If not, please provide us with your position on consolidation so we can update the notice accordingly. In order to comply with today's filing deadline, we request a response **by 6pm ET today**. If we do not hear back from you by 6pm, then we'll plan to update the notice to explain that we attempted to confer but did not receive a response with your position following your initial outreach.

Thanks,
Kelsey

**Kelsey Harclerode (she, her, hers)**

&lt;image001[32].png&gt;  **Legal Director | ZwillGen PLLC**
1900 M Street NW Suite 250, Washington, DC 20036
**Office:** 202 296 3585
Website | Twitter | LinkedIn

---

**From:** Kelsey Harclerode <kelsey@zwillgen.com>
**Date:** Wednesday, January 21, 2026 at 7:26 PM
**To:** Jordan Dresnick <jordandresnick@gmail.com>, Nury Siekkinen <nury@zwillgen.com>
**Cc:** Alan Alvarez <alan@alvarezfrigertlf.com>, Krystle Cardenas <krystle@alvarezfrigertlf.com>
**Subject:** Re: Madison Row Marketing, Inc. v. beehiiv Inc. et al

Hi Jordan,

Thanks for the call earlier today.  We're not inclined to request consolidation of the two cases.  If your clients intend to request consolidation and it'd be helpful to discuss, please let me know.

Either way, please let me know your position so we can move forward with filing the joint notice tomorrow.

Thanks,
Kelsey

&lt;image001[32].png&gt;  **Kelsey Harclerode (she, her, hers)**
**Legal Director | ZwillGen PLLC**
1900 M Street NW Suite 250, Washington, DC 20036
**Office:** 202 296 3585
Website | Twitter | LinkedIn

---

**From:** Jordan Dresnick <jordandresnick@gmail.com>
**Date:** Tuesday, January 20, 2026 at 11:28 PM
**To:** Kelsey Harclerode <kelsey@zwillgen.com>, Nury Siekkinen <nury@zwillgen.com>
**Cc:** Alan Alvarez <alan@alvarezfrigertlf.com>, Krystle Cardenas <krystle@alvarezfrigertlf.com>
**Subject:** Madison Row Marketing, Inc. v. beehiiv Inc. et al

> External Sender - From: (Jordan Dresnick <jordandresnick@gmail.com>)    Learn More
> This message came from outside your organization.

Kelsey and Nury,

Alan and I wanted to follow-up with regarding the Court's Order on consolidation of the two matters against beehiiv. You filed a motion asking that the Court transfer the second filed matter (Miami Legal Resources, LLC et al v. beehiiv Inc.) to the same Court handling the beehiiv case. You indicated that the same parties, with the same questions of law and facts are implicated by the two matters. The Court asked us to coordinate on a joint stipulation for consolidation. Based on your last two filings, are you seeking to consolidate the two matters?

Regards,
Jordan