**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

| | |
|---|---|
| MIAMI LEGAL RESOURCES, LLC AND ROSSDALE CLE, INC., | Civil Action No. 1:26-cv-20111-JB |
| Plaintiffs, | |
| v. | |
| BEEHIIV INC., a New York corporation; DAN KRENITSYN, | |
| Defendants. | |

**DECLARATION OF DAVID SMITH IN SUPPORT OF**
**<u>DEFENDANT BEEHIIV INC.'S OPPOSITION TO MOTION TO CONSOLIDATE</u>**

I, David Smith, hereby declare as follows pursuant to 28 U.S.C. § 1746:

1. My name is David Smith. I am an adult over the age of 18 years and am competent to make this Declaration. I am employed at beehiiv Inc. ("beehiiv") as a Senior Deliverability and Compliance Manager. In that role, I am responsible for oversight of beehiiv's email deliverability and compliance. The facts contained in this declaration are based either on my personal knowledge or information I obtained from the books and records of beehiiv, which I am informed and believe are made at or near the time of the act, condition, or event set forth in the record by, or from information transmitted by, a person with knowledge of those matters. If called as a witness, I could and would testify competently to the facts stated herein.

2. At the request of counsel, I reviewed beehiiv's Terms of Use in effect between September and December 2023, and on or around October 2025.

3. Attached as Exhibit A is a true and correct copy of beehiiv's Terms of Use dated May 1, 2023, and in effect at all times between September 22, 2023 and December 2, 2023.

4. Attached as Exhibit B is a true and correct copy of beehiiv's Terms of Use dated May 15, 2024, and in effect at all times between October 21, 2025 and October 23, 2025.

5.      During the above time periods, users were required to agree to beehiiv's Terms of Use in order to create an account on beehiiv and use beehiiv's services.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 5th day of February 2026, in Brooklin, Maine.

By: *David Smith*
David Smith