UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NUMBER: 1:26-cv-20111-JB

Miami Legal Resources, LLC and
Rossdale CLE, Inc.,

    Plaintiffs,

v.

beehiiv, Inc. and Dan Krenitsyn,

Defendants.

**PLAINTIFFS MIAMI LEGAL RESOURCES, LLC AND ROSSDALE CLE, INC.'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiffs Miami Legal Resources, LLC., and Rossdale CLE, Inc., by and through the undersigned counsel, hereby states:

1. Plaintiffs Miami Legal Resources, LLC and Rossdale CLE, Inc. have no parent companies and no publicly traded company owns 10% or more its share.

2. Plaintiff Miami Legal Resources, LLC is a citizen of Delaware and Florida because it is a corporation incorporated in the State of Delaware and has its principal place of business in the State of Florida.

3. Plaintiff Rossdale CLE, Inc. is a citizen of Florida because it is a corporation incorporated in the State of Florida and has its principal place of business in the State of Florida.

1

Respectfully submitted,

By: /s/ Amado Alan Alvarez
AMADO ALAN ALVAREZ
Florida Bar No. 746398
BOARD CERTIFIED CIVIL TRIAL LAWYER
THE ALVAREZ & FRIGER TRIAL LAW FIRM
The Concorde Office Tower
66 West Flagler Street, 12th Floor
Miami, Florida 33130
Tel. (305) ALVAREZ [258-2739]
Fax: 1 (844) ALANFAX [252-6329]

Email: Alan@AlvarezFrigerTLF.com

Law Offices of Jordan A. Dresnick
901 Brickell Key Blvd.
Suite 2901
Miami, FL 33131
Tel.: 786-220-8785

By: /s/ Jordan A. Dresnick
Jordan A. Dresnick
Florida Bar No. 058529
E-mail: JordanDresnick@gmail.com


/s/ Kenneth B. Schurr
Kenneth B. Schurr, Esq.
2030 S. Douglas Road
Suite 105
Coral Gables, FL 33134
Tel.: 305-441-9031
Designated Service E-mail:
kbsservice@schurrlaw.com
counselken@schurrlaw.com


Dated: February 12, 2026

2

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that a true and correct copy of the foregoing was filed with the Clerk of Court using the CM/ECF system on February 12, 2026, and the foregoing document is being served this day on all counsel or parties of record on the Service List below, via transmission of Notice of Electronic Filing generated by CM/ECF.

                                                                  By: /s/ Kenneth B. Schurr
                                                                          Kenneth B. Schurr

**Service List**

Nury Siekkinen
nury@zwillgen.com
Zwillgen PLLC
1900 M Street, NW Suite 250
Washington, DC 20036
Tel.: 202-296-3585
Counsel for Defendants beehiiv, Inc. and Dan Krenitsyn

Kelsey Harclerode
kelsey@zwillgen.com
Zwillgen PLLC
1900 M Street, NW Suite 250
Washington, DC 20036
Tel.: 202-296-3585
Counsel for Defendants beehiiv, Inc. and Dan Krenitsyn