**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

CASE NUMBER: 1:26-cv-20111-JB

Miami Legal Resources, LLC and

Rossdale CLE, Inc.,

Plaintiffs,

v.

beehiiv, Inc. and Dan Krenitsyn,

Defendants.

______________________________

**DECLARATION OF SUSAN LUNDEN IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS**

I, Susan Luden, hereby declare as follows pursuant to 28 U.S.C. § 1746:

1. My name is Susan Lunden. I am over the age of 18 years, competent to make this Declaration, and have personal knowledge of the facts stated herein.
2. I make this Declaration in support of Plaintiffs Miami Legal Resources, LLC and Rossdale CLE, Inc.'s (hereinafter "Plaintiffs") Response and Opposition to Defendants' Motion to Dismiss.
3. The facts contained in this Declaration are based on my personal knowledge.
4. If called as a witness, I could and would testify competently to the facts stated herein.
5. I have served as Plaintiffs Manager at all relevant times to this action.
6. I oversee the operations of Plaintiffs.
7. The Terms and Conditions filed by Defendants in DE 43-1 were NOT the Terms and

Conditions to which Plaintiffs agreed when creating an account on Defendants' website in

2023.

8. I know this because I was required to agree to a different set of Terms and Conditions when opening the account on Defendants' website.

9. I did not see the Terms and Conditions filed by Defendants in DE 43-1 on Defendants' site when the account at issue was created in 2023.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 11th day of November, 2026, in Miami-Dade County, Florida.

By: /s/ Susan Lunden
Susan Lunden